Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 123853

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Stokes, | **Case No. 2:22-cv-00857-SVW-PVC** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| -against- | Judge: Stephen Victor Wilson and Pedro V. Castillo |
| The Midtowne Spa and Midtowne Spa, Inc., | Complaint Filed: February 8, 2022 |
| Defendant. | |

//
//
//
//
//
//
//
//

1
2
3
4   **PLEASE TAKE NOTICE** that Michael Stokes ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: April 7, 2022

**SANDERS LAW GROUP**

By: ___/s/ Craig B. Sanders___
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 123853
*Attorneys for Plaintiff*

Case No. 2:22-cv-00857-SVW-PVC

NOTICE OF SETTLEMENT